# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 5D23-2767
LT Case No. 2022-DP-000103

———————————————

J.R., FATHER OF D.R., A CHILD,

Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

Appellee.

———————————————

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Scott T. Smith, of The Law Office of Scott T. Smith, P.A.,
Brooksville, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee.

Douglas J. Glaid, of Statewide Guardian Ad Litem Office, Fort
Lauderdale, and Sara Elizabeth Goldfarb, Statewide Director of
Appeals, and Amanda Victoria Glass, Senior Attorney, of the
Statewide Guardian Ad Litem Office, Tallahassee.


December 28, 2023


PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____